

Seyfarth Shaw LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

(617) 946-4800

fax (617) 946-4801

www.seyfarth.com

Writer's direct phone
(617) 946-4987

Writer's e-mail
pbannon@seyfarth.com

April 28, 2017

**VIA ECF**

Hon. David E. Peebles, U.S.M.J.
Federal Building & U.S. Courthouse
P.O. Box 7345
100 S. Clinton St., 10th Floor
Syracuse, NY 13261-7345

    Re:    Andreas-Moses, et al. v. Hartford Fire Insurance Company,
            Case No. 5:16-cv-1387-BKS-DEP (N.D.N.Y.)

Dear Judge Peebles:

     I am writing with the assent of all parties to request on behalf of defendant Hartford Fire Insurance Company ("The Hartford") a stay of the May 2, 2017 deadline (established in Sections 2 and 3 of this Court's March 3, 2017 Uniform Pretrial Scheduling Order) to file venue and jurisdiction motions.

     As discussed during a telephonic status conference with the Court on April 20, 2017, plaintiffs anticipate filing a motion for leave to file an amended complaint, including additional plaintiffs. On April 21, 2017, the Court extended the deadline for them to do so until May 17, 2017. The deadline for The Hartford to answer or otherwise respond to the complaint or amended complaint has been stayed.

     The Hartford anticipates filing three pre-answer motions: a motion to enforce the arbitration agreements of one or more plaintiffs; a partial motion to dismiss on res judicata grounds; and a motion to dismiss pursuant to the first-filed doctrine in deference to an earlier-filed action involving most of the parties, *Allen, et al. v. Hartford Fire Insurance Company*, No. 6:16-cv-01603 (M.D. Fla.). The Hartford believes it would be most efficient for it to file the three motions after plaintiffs' motion to amend, in order to allow the Court to simultaneously address all arguments concerning current and any new plaintiffs.

     However, the current case schedule would arguably require The Hartford to file the first-filed motion by May 2, 2017. And the Hartford would arguably be required to file the other two pre-answer motions at the same time in order to avoid waiver. Therefore, The Hartford respectfully

38818428v.1



Hon. David E. Peebles, U.S.M.J.
April 28, 2017
Page 2

asks this Court, with the assent of the plaintiffs, to stay the deadline for venue and jurisdiction motions until the Court lifts the stay on The Hartford's deadline to respond to the complaint.

Respectfully submitted,

SEYFARTH SHAW LLP


Patrick Bannon, Bar No. 520466

Brian J. LaClair, Esq.
David V. Barszcz, Esq.
Mary E. Lytle, Esq.