**LYTLE & BARSZCZ**                                     YOUR EMPLOYMENT LAWYERS

May 26, 2017

*Via ECF*

Hon. David E. Peebles, U.S.M.J.
Federal Building & U.S. Courthouse
P.O. Box 7345
100 S. Clinton St., 10th Floor
Syracuse, NY 13261-7345

*Re: Andreas-Moses, et al. v. Hartford Fire Insurance Company, Case No. 5:16-cv-1387-BKS-DEP (N.D.N.Y.)*

Dear Judge Peebles:

The parties conferred on May 23, 2017, pursuant to this Court's May 18, 2017 Order (Doc. 27) and were unable to agree to a proposed briefing schedule. As a result of this disagreement, Plaintiffs submit that the briefing dates for all of the motions should be consistent with the Rules governing this proceeding:

1. The Defendant's response to the Second Amended Complaint per Court Order (Doc. 27) is due on or before May 31, 2017.
2. The Parties will file venue, jurisdiction and class certification motions on or before June 5, 2017. (Plaintiffs intend to file their class certification motion soon.)
   Responses to any motions filed regarding venue, jurisdiction and class certification will be pursuant to Local Rule 7.1.

Plaintiffs anticipate Defendant will make argument in submitting proposed deadlines which Plaintiffs do not believe is appropriate at this juncture given the Court's simple request. However, if the Court were to entertain argument from Defendant, the Plaintiffs request the right to brief the issues, or alternatively, to have a status conference with the Court.

Respectfully Submitted,

David Barszcz, Esquire
Admitted Pro Hac Vice
**Counsel for Plaintiffs**

DVB/kc