UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN ANDREAS-MOSES, ELIZABETH WAGNER, JACQUELINE WRIGHT, MIKAELA DELPHA, CRYSTAL PARROT, STEPHANIE WEST, JOSEPH J. WOJCIK, TINA PALMER, KEVIN TAYLOR, And AMY COOK on behalf of themselves and all Others similarly situated,<br>      Plaintiffs,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>      Defendant. | Civil Action No.: 5:16-CV-1387 (BKS/DEP)<br><br><br><br>Return Date:  July 6, 2017, 10:00 a.m. |

### THE HARTFORD'S NOTICE OF RULE 12(b)(3) MOTION TO DISMISS PURSUANT TO THE FIRST-FILED RULE

| | |
|---|---|
| Motion By: | Defendant Hartford Fire Insurance Company. |
| Motion Returnable: | July 6, 2017 at 10:00 a.m. |
| Supporting Papers: | Memorandum of Law. |
| Basis for Relief: | Rule 12(b)(3) of the Federal Rules of Civil Procedure. |
| Relief Sought: | Order granting the motion. |

39284574v.1

Dated:  Boston, Massachusetts
       May 30, 2017

SEYFARTH SHAW LLP

By: */s/ Hillary J. Massey*
    Patrick J. Bannon (Bar No. 520466)*
    Hillary J. Massey (Bar No. 520467)*
    Molly C. Mooney (Bar No. 520648)*
    Two Seaport Lane, Suite 300
    Boston, MA 02210-2028
    Phone:  (617) 946-4800
    Fax:  (617) 946-4800
    pbannon@seyfarth.com
    hmassey@seyfarth.com
    mmooney@seyfarth.com
    *admitted *pro hac vice*

    Robert T. Szyba (Bar. No. 517640)
    620 Eighth Avenue, 32nd Floor
    New York, NY 10018-1405
    Phone: (212) 218-3351
    Fax: (212) 218-5526
    rszyba@seyfarth.com

    Attorneys for Defendant Hartford Fire Insurance Company

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    */s/ Hillary J. Massey*
    Hillary J. Massey

39284574v.1