UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KAREN ANDREAS-MOSES,
ELIZABETH WAGNER, JACQUELINE
WRIGHT, MIKAELA DELPHA,
STEPHANIE WEST, JOSEPH J.
WOJCIK, TINA PALMER, And AMY
COOK on behalf of themselves and all
Others similarly situated,

    Plaintiffs,

vs.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

CASE NO. 6:17-CV-2019-Orl-37KRS

### DECLARATION OF AMY COOK

I, AMY COOK, do hereby declare as follows:

1. I am over eighteen (18) years of age. I am competent to testify to the matters stated herein based upon personal knowledge.

2. I am a resident and citizen of New York and have an intent to remain a resident of New York indefinitely.

In accordance with 28 U.S.C. § 1746, I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing are true and correct.

_____
AMY COOK

11-2-2018
_____
DATE

1